(No. 6648—

SALVATORE SALLA, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF FINANCE, Respondent.

*Opinion filed June 13, 1972.*

PAUL W. BRUST, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.